UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIKTOR STASYUK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | CASE NO. 3:25-cv-05718-LK<br><br>ORDER GRANTING CONTINUANCE OF RESPONSE DEADLINE |

　　　This matter comes before the Court on Defendant Commissioner of Social Security's Motion for Continuance of Responsive Deadline in Light of Lapse of Appropriations. Dkt. No. 6. Defendant requests a continuance of the October 14, 2025 deadline to file its response to Plaintiff's complaint until "14 days after the end of the government shutdown." *Id.* at 1. Defendant represents that Plaintiff's counsel has no objection to this request. *Id.* at 1–2.

　　　In support of the motion, Defendant's counsel notes that funding to the Department of Justice ("DOJ") and the Social Security Administration ("SSA") expired on September 30, 2025. *Id.* at 2. Defendant's counsel does not know when such funding will be restored by Congress. *Id.*

ORDER GRANTING CONTINUANCE OF RESPONSE DEADLINE - 1

Absent an appropriation or continuing resolution, DOJ and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, which include "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Defendant represents that this exception is not deemed to include most civil cases. Dkt. No. 6 at 2. Accordingly, Defendant seeks a continuance of its response deadline until 14 days after "Congress has restored appropriations to the SSA and attorneys are permitted to resume their usual civil litigation[.]" *Id.*

Finding good cause, the Court GRANTS Defendant's motion and hereby ORDERS that Defendant's deadline to file a response to Plaintiff's complaint shall be extended to 14 days after the end of the government shutdown.

Dated this 10th day of October, 2025.

Lauren King
United States District Judge